IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-388-D

UNITED STATES OF AMERICA,         )
                                   )
        v.                         )
                                   )         **ORDER**
MATTHEW H. CANNADY,               )
                                   )
            Defendant.             )

The United States SHALL respond to defendant's motion for reduction of sentence [D.E.
807] not later than June 30, 2026.

SO ORDERED. This _21_ day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge