IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-388-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HURLEY MATTHEW CANNADY, | ) | |
| | ) | |
| Defendant. | ) | |

The court sentenced defendant in November 2021. See [D.E. 314]. Thus, defendant received the benefits of the Fair Sentence Act and the First Step Act. See [D.E. 813] 2. Moreover, the court was aware of defendant's age and role in the offense when it sentenced him. See [D.E. 307, 314, 315]. Thus, the court DENIES as meritless defendant's motion to reduce sentence.

SO ORDERED. This 27 day of July, 2026.

JAMES C. DEVER III
United States District Judge